No. 9574. FIRST STATE BANK OF CHINOOK, a Corporation, PLAINTIFF AND RESPONDENT, v. ALEX NEIBAUER, also known as ALEX T. NEIBAUER, and GLADYS NEIBAUER, his wife, DEFENDANTS AND APPELLANTS.

288 Pac. (2d) 361.

Decided Sept. 15, 1955.

*Jerry J. O'Connell*, Great Falls, for Appellants.
*Sias & O'Donnell*, Chinook, for Respondent.
Per Curiam.

On motion of Sias & O'Donnell, attorneys for plaintiff and respondent, the above entitled and numbered appeal is dismissed.